IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANNON BESS** *Petitioner-pro se* | **CIVIL ACTION** |
| v. | NO. 16-0033 |
| **NANCY GIROUX**, *et al.* *Respondents* | |

## ORDER

**AND NOW**, this 31st day of October 2017, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for writ of *habeas corpus* is **DENIED**; and

4. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*